## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Joseph Trevino, | Judge Wilhelmina Wright |
| | Magistrate Judge Tony N. Leung |
| Plaintiff, | CASE NO. 0:22-cv-00520-WMW-TNL |
| v. | |
| Trans Union LLC, et al. | **NOTICE OF SETTLEMENT WITH EXPERIAN ONLY** |
| Defendants. | |

**PLEASE BE ADVISED** that the above-named Plaintiff and Defendant Experian Information Solutions, Inc., ("Experian") have settled all asserted claims between them. This notice applies to Experian **ONLY**. The Plaintiff will file a Stipulation of Dismissal as soon as the settlement documents have been executed, which the Plaintiff anticipates will take approximately two weeks.

Dated: March 30, 2022

**MADGETT LAW**

/s/David Madgett
David Madgett#0390494)
333 S 7th Street, Suite 2450
Minneapolis, MN 55402
(612) 470-5582
dmadgett@madgettlaw.com
ATTORNEY FOR PLAINTIFF

1

00768-Trevino