# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Joseph Trevino, | Judge Wilhelmina Wright |
| | Magistrate Judge Tony N. Leung |
| Plaintiff, | |
| | CASE NO. 0:22-cv-00520-WMW-TNL |
| v. | |
| | **NOTICE OF DISMISSAL** |
| Trans Union LLC, Experian Information Solutions, Inc., Equifax Information Services, LLC, | **WITH PREJUDICE OF EQUIFAX INFORMATION SERVICES** |
| Defendants. | |

**NOTICE OF DISMISSAL WITH PREJUDICE OF EQUIFAX INFORMATION SERVICES**

Plaintiff and Defendant Equifax Information Services, LLC ONLY have settled all claims.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses all claims against Defendant Equifax Information Services, LLC.

Dated: April 20, 2022                **MADGETT LAW**

/s/David Madgett
David Madgett(#0390494)
333 S 7th Street, Suite 2450
Minneapolis, MN 55402
(612) 470-5582
Dmadgett@madgettlaw.com
ATTORNEY FOR PLAINTIFF

1