## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Joseph Trevino | ) Judge Wilhelmina Wright |
| | ) Magistrate Judge Tony Leung |
| Plaintiff, | ) |
| | ) CASE NO. 0:22-CV-00520-WMW-TNL |
| | ) |
| v. | ) |
| | ) **NOTICE OF SETTLEMENT** |
| Trans Union LLC, et al. | ) **WITH TRANS UNION ONLY** |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

**PLEASE BE ADVISED** that the above-named Plaintiff and Defendant Trans Union, LLC

have settled all asserted claims between them. This notice applies to Trans Union **ONLY.**

The Plaintiff will file a Stipulation of Dismissal as soon as the settlement documents have been

executed, which the Plaintiff anticipates will take approximately two weeks.


Dated: May 5, 2022                              **MADGETT LAW**

                                                /s/David Madgett
                                                David Madgett (#0390494)
                                                333 S 7th Street, Suite 2450
                                                Minneapolis, MN 55402
                                                (612) 470-5582
                                                dmadgett@madgettlaw.com
                                                ATTORNEY FOR PLAINTIFF

1