# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Joseph Trevino,<br><br>   Plaintiff,<br><br>v.<br><br>Trans Union LLC, Experian Information Solutions, Inc., Equifax Information Services, LLC,<br><br>   Defendants. | Judge Wilhelmina Wright<br>Magistrate Judge Tony N. Leung<br><br>CASE NO. 0:22-cv-00520-WMW-TNL<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE OF EXPERIAN INFORMATION SOLUTIONS** |

## NOTICE OF DISMISSAL WITH PREJUDICE OF EXPERIAN INFORMATION SOLUTIONS

Plaintiff and Defendant Experian Information Solutions, Inc. ONLY have settled all claims.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses all claims against Defendant Experian Information Solutions, Inc.

Dated: May 7, 2022

**MADGETT LAW**

/s/David Madgett
David Madgett(#0390494)
333 S 7th Street, Suite 2450
Minneapolis, MN 55402
(612) 470-5582
dmadgett@madgettlaw.com
ATTORNEY FOR PLAINTIFF

1

00768-Trevino