UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Joseph Trevino, | Case No. 22-cv-0520 (WMW/TNL) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Trans Union LLC; Experian Information Solutions, Inc.; and Equifax Information Services, LLC, | |
| Defendants. | |

---

Based upon the stipulation of dismissal with prejudice of Trans Union, LLC, (Dkt. 26), and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that the above matter is **DISMISSED WITH PREJUDICE** and without costs or disbursements awarded to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: July 26, 2022                                     s/Wilhelmina M. Wright
                                                          Wilhelmina M. Wright
                                                          United States District Judge